THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Toni S.,
 Phillip O., and John Doe, Defendants,
 Of Whom Toni S.,
 is the Appellant.
 In the
 Interests of:
 Minor Child, 
 DOB: 9/16/06 
 A Minor Under the Age of 18.
 
 
 

Appeal From Greenville County
 Aphrodite K. Konduros, Family Court Judge

Unpublished Opinion No. 2009-UP-047
 Submitted January 2, 2009  Filed January
15, 2009

 
 
 
 Maurice M. McNabb, of Greenville, for Appellant.
 Deborah Murdock, of Mauldin, for Respondent.
 Robert A. Clark, of Greenville, Guardian Ad Litem for Toni S.
 Rodney Wade Richey, of Greenville, for Guardian Ad litem.
 
 
 

PER CURIAM: This appeal arises from the termination of parental
 rights of Toni S.  See S.C. Code Ann. § 20-7-1572 (Supp. 2007).[1]  After
 a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C.
 465, 354 S.E.2d 381 (1987), we affirm[2] the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] Effective June 16, 2008, the General Assembly amended
 the Code of Laws of South Carolina by adding Title 63, the South Carolina
 Childrens Code, and transferring all provisions of Title 20, Chapter 7 to
 Title 63.  See Act No. 361, 2008 S.C. Acts 3623 (stating the transfer
 and reorganization of the code provisions in this act are technical . . . and
 are not intended to be substantive).  Because Title 63 has not yet been bound,
all citations to the statute refer to Title 20.
[2] We decide this case without oral argument pursuant to
Rule 215, SCACR.